# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| **JOHN E. HOWELL, III**<br><br>*Plaintiff*<br><br>v.<br><br>**GREEN MOUNT LAKES APARTMENTS**<br><br>*Defendant* | **Case Number:** 3:15-CV-1097-DGW |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** The Court having been advised by counsel for the parties that the above action has been settled pursuant to stipulation of the parties;

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on 6/23/2016, this case is **DISMISSED** with prejudice and without costs.

DATED:   June 23, 2016

>                                             JUSTINE FLANAGAN
>                                             ACTING CLERK OF COURT
>
>                                             By: s/Jackie Payton
>                                                    Deputy Clerk

**APPROVED:**

*s/ Donald G. Wilkerson*
**HON. DONALD G. WILKERSON
UNITED STATES MAGISTRATE JUDGE**